# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 10-0210-01-CR-W-FJG |
| Sharnia M. Robinson, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On January 11, 2011, defendant filed a motion for determination of competency (Doc. #18) which was granted by United States Magistrate Judge John T. Maughmer (Doc. #19, January 13, 2011). Judge Maughmer held a hearing regarding defendant's mental competency on May 12, 2011, at which time the parties stipulated to the forensic evaluation (Doc. #37, May 16, 2011) by David M. Szyhowski, Psy.D.

Magistrate Judge Maughmer issued a report and recommendation (Doc. #36, May 16, 2011), finding defendant competent to stand trial and to assist in his defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequences of the proceedings against him and to properly assist in his own defense, and that he is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 06/08/11
Kansas City, Missouri